# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUAN MENDOZA,
                                    Appellant,
vs.

THE STATE OF NEVADA; THE STATE
OF NEVADA BOARD OF PRISON
COMMISSIONERS; KENNY GUINN;
BRIAN SANDOVAL; ROSS MILLER;
CATHERINE CORTEZ MASTO; ADAM
PAUL LAXALT; THE STATE OF
NEVADA DEPARTMENT OF
CORRECTIONS; JACKIE CRAWFORD;
HOWARD SKOLNIK; JAMES GREG
COX; STATE OF NEVADA PAROLE
BOARD; DARLA SAILING; CONNIE S.
BISBEE; THE STATE OF NEVADA
DEPARTMENT OF PUBLIC SAFETY;
JEARLD HAFEN; AND JAMES
WRIGHT,
                                    Respondents.

No. 79612

FILED

OCT 02 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a final order dismissing appellant's complaint. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

On February 18, 2020, this court entered an order directing appellant to file an opening brief or informal brief within 14 days. This court cautioned that failure to timely file the brief could result in the dismissal of this appeal. To date, appellant has failed to file the brief or otherwise

20-36219

communicate with this court. Accordingly, it appears that appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Timothy C. Williams, District Judge
       Juan Mendoza
       Attorney General/Carson City
       Attorney General/Las Vegas
       Eighth District Court Clerk